# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN ZIRPOLI, individually and on behalf of all others similarly situated, | Civil No. 1:19-CV-01428 |
| Plaintiff, | |
| v. | |
| MIDLAND FUNDING LLC and MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendants. | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 7th day of July, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:** Defendants' renewed motion to compel arbitration is **DENIED** and the motion to stay is **DENIED** as moot. (Doc. 37.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania